FILED
May 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003489880

1   ROBERT HAWKINS #131159
    CHAPTER 7 TRUSTEE
2   1849 NORTH HELM, SUITE 110
    FRESNO, CALIFORNIA 93727
3   (559) 255-0555

4   Chapter 7 Trustee

5

6

7                **IN THE UNITED STATES BANKRUPTCY COURT**

8                   **EASTERN DISTRICT OF CALIFORNIA**

9

10  In the Matter of                          Case No. 10-19080-B-7F

11  FRANK IKUTA,                              DC No. RHT-2

12                                            **TRUSTEE'S MOTION FOR
                                              AUTHORIZATION TO SELL**
13                                            **REAL PROPERTY EQUITY**
                                              11 U.S.C. §363
14
                                              Date: June 15, 2011
15              Debtor.                       Time: 10:00 a.m.
                                    /         Dept: B
16

17          **TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY**

18  **JUDGE:**

19          Robert Hawkins respectfully represents:

20          1.      He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

21          2.      The above-captioned case was filed under Chapter 7 on or about August 9, 2010, and

22  Robert Hawkins was appointed Chapter 7 Trustee.

23          3.      This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a).

24  This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  This motion is brought pursuant

25  to 11 U.S.C. §363.

26          4.      Among the assets of this estate is a 50% (fifty percent) interest in commercial real

27  property commonly known as 756 "G" Street, Reedley, California with a fair market value of

28  approximately $60,000.00.

1    5.    The Trustee received an offer from the debtor, Frank Ikuta, to purchase the non-

2    exempt equity for the total sum of $60,000.00. The Trustee has agreed to accept monthly payments

3    in the amount of $1,667.00 for 36 months with a deed of trust to secure the estate. The debtor began

4    making monthly payments in April 2011.

5    6.    In deciding to accept the debtor's proposed offer, the Trustee took into consideration

6    the fair market value of the real property, the costs associated with marketing and selling the real

7    property, the difficulties inherent in selling co-owned property, and fact that the debtor is a dentist

8    who operates his business from the subject real property. Due to the nature of the property as special

9    use medical offices, the Trustee is of the opinion that the estate would not net a higher amount by

10   marketing and selling the co-owned property.

11   7.    The Trustee believes that sale of the above-described property on the terms set forth

12   above is in the best interest of the creditors of this estate and all parties in interest.

13   **WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard,

14   he be authorized to sell the above-described asset to the debtor, Frank Ikuta, for the total sum of

15   $60,000.00.

16   **DATED**: MAY 11, 2011

17                                                    _____/S/_____
                                                     ROBERT HAWKINS,
18                                                   Chapter 7 Trustee

19

20

21

22

23

24

25

26

27

28                                      2